# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| State v. Collins | CAAP–12–0000869 | 09/17/2015 | Vacated and Remanded |
| State v. McFadden | CAAP–14–0000802 | 09/21/2015 | Vacated and Remanded |
| State v. Ford | CAAP–13–0005843 | 09/25/2015 | Affirmed |
| Masang v. Target Corp. | CAAP–13–0004086 | 09/25/2015 | Vacated and Remanded |
| Cruz v. Wasa Electrical Services, Inc. | CAAP–14–0001020 | 09/25/2015 | Vacated and Remanded |